UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERLOCK HOLMES MOBILE HOMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CINCINNATI INSURANCE COMPANY, <br><br> Defendant. <br> ——————————————————— <br> CINCINNATI INSURANCE COMPANY, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ROBERT ZEBOSKI AND WYONNA MURPHY, <br><br> Third-Party Defendants. | Case No. 07-cv-493-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

**Dated:  April 15, 2008**  By:s/Deborah Agans, Deputy Clerk

**Approved:**  s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**